UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEARDS, et al.,

                        Plaintiff,

-v-

BRONXCARE HEALTH SYSTEM, et al.,

                        Defendants.

18 Civ. 12216 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons set out in today's conference, the Court sets the following deadlines:

- The Joint Statement of Facts is due February 7, 2020;
- Defendants' opening brief is due February 28, 2020;
- Plaintiffs' opposition brief is due March 20, 2020; and
- Defendants' reply brief is due April 3, 2020.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 10, 2020
       New York, New York