UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEARDS, et al.,

                              Plaintiffs,                    18 Civ. 12216 (PAE)

              -v-

                                                                  ORDER

BRONXCARE HEALTH SYSTEM, et al.,

                              Defendants.

PAUL A. ENGELMAYER, District Judge:

It has come to the Court's attention that some items of documentary evidence cited in plaintiffs' Local Rule 56.1 response are not attached as exhibits to plaintiffs' accompanying submissions or otherwise available on the docket. *See, e.g.*, Dkt. 58 ¶¶ 17–18 (citing to deposition testimony from Ashley Beards and Jewan Singh). Plaintiffs are directed to file forthwith copies of any documents cited in their Rule 56.1 response.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 3, 2021
        New York, New York