UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ASHLEY BEARDS, DMD and ELAINA
BERDVERGIER DDS,

                      Plaintiffs,                18 **CIVIL** 12216 (PAE)

        -against-                         **JUDGMENT**

BRONXCARE HEALTH SYSTEM f/k/a BRONX
LEBANON HOSPITAL and PAUL GATES, DDS,

                    Defendants.

-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 23, 2021, the Court grants defendants' motion for summary judgment; accordingly, this case is closed.

**Dated:** New York, New York
         February 23, 2021

                                                   **RUBY J. KRAJICK**
                                                    Clerk of Court
                                 **BY:**
                                                      Deputy Clerk